# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0628. SEAN PEYTON ROSS v. GINGER L. TANT-SANDERS.

In May 2023, the trial court entered an order in this civil action adverse to defendant Sean Peyton Ross. He filed a notice of appeal to this Court, and we affirmed in an unreported opinion. See *Ross v. Tant-Sanders*, Case No. A23A1583 (Jan. 24, 2024). The trial court then entered an order awarding OCGA § 9-15-14 attorney fees to plaintiff Ginger L. Tant-Sanders. Ross then filed a direct appeal from that order. We lack jurisdiction.

An appeal from a trial court order awarding OCGA § 9-15-14 attorney fees must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (10), (b); *Capricorn Systems, v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Consequently, Ross's failure to follow the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Capricorn Systems*, 253 Ga. App. at 842.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/15/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*